**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00872-BNB

GABRIELE GUNDLACH,

    Applicant,

v.

JOE PELLE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion for Change of Venue (ECF No. 7) filed on April 16, 2012, is DENIED because Applicant fails to cite any authority that would allow the court to transfer this action to the United States Supreme Court.

Dated: April 17, 2012