IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00872-BNB

GABRIELE GUNDLACH,

    Applicant,

v.

JOE PELLE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Gabriele Gundlach, initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1).  On April 9, 2012, Magistrate Judge Boyd N. Boland entered an order directing Ms. Gundlach to file an amended pleading that identifies clearly both the specific federal constitutional claims she is asserting and the specific facts that support each individual claim.  Ms. Gundlach was warned that the action would be dismissed without further notice if she failed to file an amended pleading within thirty days.

On April 16, 2012, Ms. Gundlach filed a Motion for Change of Venue (ECF No. 7) that indicated she had been transferred to a different facility.  The Motion for Change of Venue was denied on April 17, 2012.  (ECF No. 8.)  On April 18, 2012, the copy of Magistrate Judge Boland's April 9 order directing Ms. Gundlach to file an amended pleading, which had been mailed to Ms. Gundlach at her prior address, was returned to the Court undelivered.  On April 19, 2012, Magistrate Judge Boland entered a minute

order directing the clerk of the Court to mail a copy of the April 9 order to Ms. Gundlach at her current address.

Ms. Gundlach has failed to file an amended pleading within the time allowed and she has failed to respond in any way to Magistrate Judge Boland's order directing her to file an amended pleading.  Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Applicant files a notice of appeal she also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the application is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Gundlach failed to comply with a court order.  It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   30th   day of   May  , 2012.

BY THE COURT:

　　s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court